**Order issued May 29, 2013.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-13-00421-CV**

———————————

## IN RE JULIE NICOLE VIRGIN AND GREG ENOS, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## ORDER[1]

Lance Whitworth, the real party in interest, has requested that we abate the

mandamus to allow for consideration of the challenged rulings by the successor

judge. He indicates that his motion is unopposed and certifies that he conferred

with all of the parties to the case, including the Attorney General and the relators,

Julie Nicole Virgin and Greg Enos.

---

[1] The underlying case is *In re K.V.*, cause number 07FD2250, pending in the County Court at Law No. 3 of Galveston County, Texas, the Hon. Christopher Dupuy presiding.

Based on the foregoing, we **abate** this mandamus proceeding until May 31, 2013 and **order** that the relators and the real party in interest provide this Court with a status report by 5:00 P.M. on that date.

IT IS SO ORDERED.


Jane Bland
Justice


Panel consists of Justices Keyes, Higley, and Bland.